01/2012

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: Sawson R. Haddad　　　　　　　　) Chapter 13
　　　　　　　　　　　　　　　　　　　　) Bankruptcy Case No.
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Debtor(s)　　　　　　　　　　　　)

**DECLARATION REGARDING ELECTRONIC FILING**
**PETITION AND ACCOMPANYING DOCUMENTS**

**DECLARATION OF PETITIONER(S)**

A.   [To be completed in all cases]

　　I (We), Sawson R. Haddad　　and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

　　☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


Sawson Haddad
Printed or Typed Name of Debtor or Representative　　　　Printed or Typed Name of Joint Debtor

*/s/ Sawson Haddad*
Signature of Debtor or Representative　　　　　　　　　　Signature of Joint Debtor


05-13-14
Date　　　　　　　　　　　　　　　　　　　　　　　　　Date